**Electronically Filed
Intermediate Court of Appeals
30484
14-OCT-2010
03:46 PM**

NO. 30484

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Application of HONOLULU CONSTRUCTION AND DRAYING COMPANY, LIMITED, to register title to land situate at Honolulu, City and County of Honolulu, State of Hawai'i

---

ALOHA TOWER DEVELOPMENT CORPORATION,
Petitioner-Appellant,

v.

STATE OF HAWAI'I, DEPARTMENT OF LAND AND NATURAL RESOURCES, TRUSTEES OF WILLIAM G. IRWIN CHARITY FOUNDATION, SCENIC HAWAI'I, INC., THE OUTDOOR CIRCLE, HISTORIC HAWAI'I FOUNDATION, HAWAI'I'S THOUSAND FRIENDS, LIFE OF THE LAND, AND INTERVENOR, CITY AND COUNTY OF HONOLULU, Respondents-Appellees,

---

SCENIC HAWAI'I, INC.,
Respondent-Appellee/Cross-Appellant,

v.

ALOHA TOWER DEVELOPMENT CORPORATION,
Petitioner-Appellant/Cross-Appellee

APPEAL FROM THE LAND AND TAX APPEAL COURT
(LAND COURT NO. 01-1-0007 (APP #787))

ORDER APPROVING THE STIPULATION TO
DISMISS SCENIC HAWAI'I, INC.'S CROSS-APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice as to Respondent-Appellee/Cross-Appellant Scenic

Hawai'i, Inc.'s Cross-Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED the stipulation is approved and Scenic Hawai'i, Inc.'s cross-appeal is dismissed. The parties shall bear their own costs and fees related to the cross-appeal. Petitioner-Appellant Aloha Tower Development Corporation's appeal remains pending.

DATED: Honolulu, Hawai'i, October 14, 2010.

Presiding Judge

Associate Judge

Associate Judge